UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  09-60337-CV-COHN/SELTZER

SAMUEL M. STERLING,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S MOTION FOR FEES

**THIS CAUSE** is before the Court on the Report and Recommendation [DE 31] of Magistrate Judge Seltzer.  The Court has carefully reviewed the Report, the docket in the case, and is otherwise advised in the premises.  In the Report, Judge Seltzer recommends that Plaintiff's Motion for Approval of Attorney's Fees Pursuant to 42 U.S.C. 406(b) [DE 25] be granted.  No party has filed objections to the Report and the time for filing objections has passed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Seltzer's Report and Recommendation [DE 31] is **ADOPTED**.

2. Plaintiff's Motion for Approval of Attorney's Fees Pursuant to 42 U.S.C. 406(b) [DE 25] is **GRANTED**.

3. The Commissioner shall pay attorney Victor Mantel $21,212.37 from the remaining amount of past due benefits that the Commissioner has withheld pending resolution of this matter.

4. Attorney Victor Mantel shall return to Plaintiff Samuel L. Sterling $4,114.37 in attorney's fees that the Court previously awarded to attorney Mantel under the EAJA.  See DE 20.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of September, 2010.

JAMES I. COHN
United States District Judge

copies to:

Magistrate Judge Barry Seltzer

Counsel of record.